Joseph Harrison, Esq. 251 Troy Ave Brooklyn, NY 11213

# AFFIDAVIT OF SERVICE

**EASTERN DISTRICT**
**STATE OF NEW YORK, COUNTY OF EASTERN**

Case Number: **1:20-cv-01861**

Date Filed: **04/20/2020**

Plaintiff:
**Joel Werzberger**
vs
Defendant:
**Global Credit & Collection Corp,**

STATE OF NEW YORK, COUNTY OF SARATOGA

I, Ronald S. Hilton, being duly sworn, depose and say that on 5/4/2020 at 10:04:19 AM I:

served the Global Credit & Collection Corp., C/O New York State Secratary of State by delivering 2 true copies of the Summons in a Civil Action & Complaint with Exhibits bearing index number and date of filing with the date and hour of service endorsed thereon by me, to: Nancy Daughtry, Document specialist who stated they are authorized to accept service on behalf of Global Credit & Collection Corp.,, Department of State One Commerce Plaza, Albany, NY 12231, two copies thereof were served and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00.

**Description:**
Gender: **Female**   Race/Skin: **White**  Age: **51 - 65 Yrs.**   Weight: **100-130 Lbs.**   Height: **5' 0" - 5' 3"**   Hair: **Black**   Glasses: **No**   Other:

Served at following GPS coordinates, Lat: 42.654515 Long: -73.759276

Subscribed and Sworn to before me on 05/04/2020.

_Tracie Pamela Hilton_
Notary Public, State of New York
No. 01H14971644
Qualified in Saratoga County
Commission Expires September 10, 2022

X _Ronald S. Hilton_
Ronald S. Hilton

Job #: 1702375