UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)

| | |
|---|---|
| JOEL WERZBERGER, § § Plaintiff, § § v. § § GLOBAL CREDIT & COLLECTION § CORP., § § Defendant. § | Case No. 1:20-cv-01861-MKB-RER |

## GLOBAL CREDIT & COLLECTION CORP.'S
## ANSWER & AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant, Global Credit & Collection Corp. ("Global"), through counsel and pursuant to the Federal Rules of Civil Procedure, hereby submits this answer and affirmative defenses to the complaint filed by plaintiff, Joel Werzberger, and states:

### INTRODUCTION

1. Global admits only that plaintiff purports to bring this action under the Fair Debt Collection Practices Act ("FDCPA:), 15 U.S.C. § 1692, *et seq*., but denies any and all violations, liability, and/or wrongdoing under the law, and further denies plaintiff is entitled to any relief. Except as specifically admitted, Global denies the allegations in ¶ 1.

### JURISDICTION AND VENUE

2. Global denies the allegations in ¶ 2 as calling for a legal conclusion.

3. Global denies the allegations in ¶ 3 as calling for a legal conclusion.

4. Global denies the allegations in ¶ 4 as calling for a legal conclusion.

## PARTIES

5. Upon information and belief, Global admits the allegations in ¶ 5.

6. Global denies the allegations in ¶ 6 as calling for a legal conclusion.

7. Global admits only that part of its business includes the collection of unpaid accounts and obligations. Except as specifically admitted, Global denies the allegations in ¶ 7.

8. Global denies the allegations in ¶ 8 as written and as calling for a legal conclusion

## ALLEGATIONS

9. Global admits only that plaintiff's creditor placed plaintiff's account with it for collection. Except as specifically admitted, Global denies the allegations in ¶ 9.

10. Global denies the allegations in ¶ 10 for lack of knowledge or information sufficient to form a belief therein and as calling for a legal conclusion.

11. Global admits only that it sent plaintiff the letter attached as Exhibit 1 to the complaint to plaintiff in a lawful attempt to collect plaintiff's unpaid account. Except as specifically admitted, Global denies the allegations in ¶ 11.

12. The August 21, 2019 letter speaks for itself and is the best evidence of its contents. To the extent the allegations state otherwise, they are denied.

13. The August 21, 2019 letter speaks for itself and is the best evidence of its contents. To the extent the allegations state otherwise, they are denied.

14. The August 21, 2019 letter speaks for itself and is the best evidence of its contents. To the extent the allegations state otherwise, they are denied.

15. Global denies the allegations in ¶ 15.

16. Global denies the allegations in ¶ 16.

17. Global denies the allegations in ¶ 17.

18. Global denies the allegations in ¶ 18.

19. Global denies the allegations in ¶ 19.

20. Global denies the allegations in ¶ 20.

21. Global denies the allegations in ¶ 21.

22. 15 U.S.C. § 1692e(2)(A) speaks for itself and is the best evidence of its contents. To the extent the allegations state otherwise, they are denied.

23. 15 U.S.C. § 1692e(10) speaks for itself and is the best evidence of its contents. To the extent the allegations state otherwise, they are denied.

24. 15 U.S.C. § 1692f(1) speaks for itself and is the best evidence of its contents. To the extent the allegations state otherwise, they are denied.

25. Global denies the allegations in ¶ 25.

26. Global denies the allegations in ¶ 26.

27. Global denies the allegations in ¶ 27.

28. Global denies the allegations in ¶ 28.

## JURY DEMAND

29. Global denies the allegations in ¶ 29.

## PRAYER FOR RELIEF

Global denies plaintiff is entitled to any relief, including the relief sought.

## **AFFIRMATIVE DEFENSES**

1. To the extent that any violations are established, any such violations were not intentional and resulted from bona fide error notwithstanding the maintenance of procedures reasonably adopted and specifically intended to avoid any such error.

2. Global denies any liability; however, regardless of liability, plaintiff has suffered no actual damages as a result of Global's purported violations.

3. One or more claims asserted by plaintiff are barred by the statute of limitations, laches, estoppel, waiver, and/or unclean hands.

4. Assuming plaintiff suffered any damages, he has failed to mitigate his damages or take other reasonable steps to avoid or reduce his damages.

5. Any harm suffered by plaintiff was legally and proximately caused by persons or entities other than Global that were beyond the control or supervision of Global or for whom Global was and is not responsible or liable.

6. Plaintiff has failed to state a claim against Global upon which relief may be granted.

WHEREFORE, defendant, Global Credit & Collection Corp., requests the Court dismiss this action with prejudice and grant it any other relief the Court deems appropriate.

Date: June 9, 2020.                                  Respectfully submitted,

                                                     /s/ Kirsten H. Smith
                                                     Kirsten H. Smith, Esq. (ks4074)
                                                     Sessions Fishman Nathan & Israel
                                                     3850 N. Causeway Blvd., Suite 200
                                                     Metairie, Louisiana 70002
                                                     Telephone: (504) 846-7943
                                                     Facsimile:  (504) 828-3700
                                                     *Attorney for Defendant,*
                                                     *Global Credit & Collection Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2020, copy of the foregoing was electronically filed with the Clerk of the Court and served via CM/ECF upon all parties and counsel of record.

                                          By:    */s/ Kirsten H. Smith*
                                                  Kirsten H. Smith
                                                  *Attorney for Defendant,*
                                                  *Global Credit & Collection Corp.*